# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| MARY ANN PARKER,<br>     Plaintiff, | )<br>)<br>) |
| v. | )    Case No.: 1:19-cv-00895-KOB<br>) |
| CBC 9, LLC,<br>     Defendant. | )<br>)<br>) |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff MARY ANN PARKER and Defendant CBC 9, LLC., by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice and states that this case has settled, costs taxed as paid.

Respectfully submitted this the 24th day of January, 2020.

_____
A. Freeman Fite, IV
*Attorney for Defendant*
MOOTY & ASSOCIATES, P.C.
P.O. Box 368
Anniston, AL 36202
Telephone: (256) 231-9330
Email: freeman@fitelawfirm.com

_____
Amanda H. Schafner (5509s54c)
*Attorney for Plaintiff*
P.O. Box 841
Birmingham, AL 35201
Telephone: (256) 490-3004
Email: ahschafner.law@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of January, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List set forth below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Amanda H. Schafner*
Amanda H. Schafner

## SERVICE LIST

| | |
|---|---|
| Schafner Law Group, LLC<br>Amanda H. Schafner (5509s54c)<br>P.O. Box 841<br>Birmingham, AL  35201<br>ahschafner.law@gmail.com<br>Telephone: (256) 490-3004 | *Attorney for Plaintiff,*<br>*Mary Ann Parker* |
| The Fite Law Firm, LLC<br>A. Freeman Fite, IV<br>P.O. Box 368<br>Anniston, AL  36202<br>Telephone: (256) 231-9330<br>Email: freeman@fitelawfirm.com | *Attorney for Defendant,*<br>*CBC 9, LLC.* |