FILED

2020 Jan-24  PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **MARY ANN PARKER,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **VS.** | ] | **CIVIL ACTION NO.** |
| | ] | **1:19-CV-895 KOB** |
| | ] | |
| **CBC 9, LLC,** | ] | |
| | ] | |
| **Defendant.** | ] | |

## O R D E R

This cause comes before the court upon the "Joint Stipulation of Dismissal."

(Doc. 13).  Upon consideration thereof, the court ORDERS that this case be, and

the same hereby is, DISMISSED, in its entirety, WITH PREJUDICE, costs taxed

as paid.

**DONE**  and **ORDERED** this 24th day of January, 2020.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE